**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 12-13742-ELF |
| | § | |
| ALCORN CORP. | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

Gary F. Seitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $8,629,000.00 | Assets Exempt: | $0.00 |
| Total Distributions to Claimants: | $1,034,257.70 | Claims Discharged Without Payment: | $0.00 |
| Total Expenses of Administration: | $280,816.10 | | |

3) Total gross receipts of $1,315,073.80 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $1,315,073.80 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $6,098,417.17 | $8,172,746.64 | $977,935.00 | $977,935.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $206,137.12 | $206,137.12 | $176,218.60 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $104,597.50 | $104,597.50 | $104,597.50 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $1,743,206.00 | $2,619,585.75 | $2,611,822.76 | $56,322.70 |
| **Total Disbursements** | $7,841,623.17 | $11,103,067.01 | $3,900,492.38 | $1,315,073.80 |

4). This case was originally filed under chapter 11 on 04/17/2012. The case was converted to one under Chapter 7 on 03/20/2013. The case was pending for 66 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/21/2018       By:  /s/ Gary F. Seitz
                              Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR (10/1/2010)

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| 101 Calle Sol, Old San Juan, PR 00901 | 1110-000 | $650,000.00 |
| 102 Calle San Justo, 2nd Floor, Old San Juan, PR 00901 | 1110-000 | $192,500.00 |
| 152 Calle Sol, Old San Juan, PR 00901 | 1110-000 | $150,000.00 |
| 208 Calle Sol, Old San Juan, PR 00901 | 1110-000 | $300,000.00 |
| Other personal property of any kind not already listed. Itemized. - RENTS | 1122-000 | $20,762.37 |
| Unscheduled personal property - DIP bank account | 1129-000 | $1,811.43 |
| **TOTAL GROSS RECEIPTS** | | **$1,315,073.80** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Banco Popular de Puerto Rico | 4110-000 | $429,062.94 | $978,928.22 | $0.00 | $0.00 |
| 2 | Banco Popular de Puerto Rico | 4110-000 | $3,500,000.00 | $1,237,877.00 | $0.00 | $0.00 |
| 6 | Banco Popular de Puerto Rico | 4110-000 | $0.00 | $1,658,465.61 | $0.00 | $0.00 |
| 7 | Banco Popular de Puerto Rico | 4110-000 | $0.00 | $1,072,456.28 | $0.00 | $0.00 |
| 8 | Banco Popular de Puerto Rico | 4110-000 | $0.00 | $525,019.53 | $0.00 | $0.00 |
| 9 | PRLP 2011 Holdings, LLC | 4110-000 | $475,000.00 | $2,700,000.00 | $977,935.00 | $977,935.00 |
|  | US Bank | 4110-000 | $967,444.92 | $0.00 | $0.00 | $0.00 |
|  | US Bank | 4110-000 | $726,909.31 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$6,098,417.17** | **$8,172,746.64** | **$977,935.00** | **$977,935.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Gary F. Seitz, Trustee | 2100-000 | NA | $62,702.21 | $62,702.21 | $32,783.69 |
| Gary F. Seitz, Trustee | 2200-000 | NA | $147.42 | $147.42 | $147.42 |
| INTERNATIONAL | 2300-000 | NA | $91.04 | $91.04 | $91.04 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| SURETIES, LTD | | | | | |
| closing costs for settlement sheet | 2500-000 | NA | $2,140.00 | $2,140.00 | $2,140.00 |
| Pinnacle Bank | 2600-000 | NA | $2,897.91 | $2,897.91 | $2,897.91 |
| Rabobank, N.A. | 2600-000 | NA | $10.00 | $10.00 | $10.00 |
| Clerk | 2700-000 | NA | $293.00 | $293.00 | $293.00 |
| United States Trustee | 2950-000 | NA | $975.00 | $975.00 | $975.00 |
| GELLERT SCALI BUSENKELL & BROWN LLC, Attorney for Trustee | 3110-000 | NA | $24,075.00 | $24,075.00 | $24,075.00 |
| GELLERT SCALI BUSENKELL & BROWN LLC, Attorney for Trustee | 3120-000 | NA | $3,964.84 | $3,964.84 | $3,964.84 |
| RAWLE & HENDERSON LLP c/o Gary Seitz, Attorney for Trustee | 3210-000 | NA | $14,770.00 | $14,770.00 | $14,770.00 |
| RAWLE & HENDERSON LLP c/o Gary Seitz, Attorney for Trustee | 3220-000 | NA | $37.02 | $37.02 | $37.02 |
| BEDERSON LLP, Accountant for Trustee | 3410-000 | NA | $13,365.00 | $13,365.00 | $13,365.00 |
| BEDERSON LLP, Accountant for Trustee | 3420-000 | NA | $16.68 | $16.68 | $16.68 |
| real estate commission , Realtor for Trustee | 3510-000 | NA | $80,652.00 | $80,652.00 | $80,652.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $206,137.12 | $206,137.12 | $176,218.60 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Braverman Kaskey PC, Attorney for Trustee/D-I-P | 6210-000 | NA | $75,091.25 | $75,091.25 | $75,091.25 |
| Hamilton Forensics, Accountant for Trustee/D-I-P | 6410-000 | NA | $29,506.25 | $29,506.25 | $29,506.25 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | NA | $104,597.50 | $104,597.50 | $104,597.50 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS
NONE

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | Autoridad de Acueductos y Alcantarillados | 7100-000 | $0.00 | $7,762.99 | $7,762.99 | $7,762.99 |
| 5 | Autoridad de Acueductos y Alcantarillados | 7100-000 | $0.00 | $7,762.99 | $0.00 | $0.00 |
| 9A | PRLP 2011 Holdings, LLC | 7400-000 | $1,718,700.00 | $2,602,206.50 | $2,602,206.50 | $0.00 |
|  | Clerk, US Bankruptcy Court (Claim No. 9A; PRLP 2011 Holdings, LLC) | 7400-001 | $0.00 | $0.00 | $0.00 | $46,706.44 |
| 12 | Ryan Russell Hemme | 7200-000 | $0.00 | $1,853.27 | $1,853.27 | $0.00 |
|  | Clerk, US Bankruptcy Court (Claim No. 12; Ryan Russell Hemme) | 7200-001 | $0.00 | $0.00 | $0.00 | $1,853.27 |
|  | AAA( Water Company) | 7100-000 | $750.00 | $0.00 | $0.00 | $0.00 |
|  | AEE(Electric Company) | 7100-000 | $3,000.00 | $0.00 | $0.00 | $0.00 |
|  | Jorge Buxeda | 7100-000 | $3,750.00 | $0.00 | $0.00 | $0.00 |
|  | Jorge Ortiz Murias | 7100-000 | $5,250.00 | $0.00 | $0.00 | $0.00 |
|  | Jose Rivera Garcia | 7100-000 | $11,756.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $1,743,206.00 | $2,619,585.75 | $2,611,822.76 | $56,322.70 |

**UST Form 101-7-TDR (10/1/2010)**

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No.: | 12-13742-ELF | Trustee Name: | Gary F. Seitz |
| Case Name: | ALCORN CORP. | Date Filed (f) or Converted (c): | 03/20/2013 (c) |
| For the Period Ending: | 9/21/2018 | §341(a) Meeting Date: | 04/25/2013 |
| | | Claims Bar Date: | 07/01/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1  Other personal property of any kind not already listed. Itemized. - RENTS | $0.00 | $20,762.37 | | $20,762.37 | FA |
| **Asset Notes:** Rent checks received in the forwarded mail as rental income from long term tenants of property located in Puerto Rico - | | | | | |
| 2  Unscheduled personal property - DIP bank account  (u) | $0.00 | $1,811.43 | | $1,811.43 | FA |
| **Asset Notes:** First Niagra DIP Acct | | | | | |
| 3  1960 Calle Italia, Ocean Park, San Juan, PR 00911 | $1,500,000.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Owner of rental property in PR Doc #181 - 11/13/2013 - Order Granting Motion For Relief From Stay of Banco Popular de Puerto Rico - loan buyer looking in to potential carve-out for estate to sell PR real estate | | | | | |
| 4  10 Calle McCarthur, Old San Juan, PR 00901 | $1,000,000.00 | $273,090.69 | | $0.00 | FA |
| **Asset Notes:** Owner of rental property in PR Doc #181 - 11/13/2013 - Order Granting Motion For Relief From Stay of Banco Popular de Puerto Rico - loan buyer looking in to potential carve-out for estate to sell PR real estate | | | | | |
| 5  102 Calle San Justo, Old San Juan, PR 00901, floors 3 and 4 | $600,000.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Owner of rental property in PR Doc #181 - 11/13/2013 - Order Granting Motion For Relief From Stay of Banco Popular de Puerto Rico - loan buyer looking in to potential carve-out for estate to sell PR real estate | | | | | |
| 6  102 Calle Sol, Old San Juan, PR 00901 | $1,300,000.00 | $100,000.00 | | $0.00 | FA |
| **Asset Notes:** Owner of rental property in PR | | | | | |
| 7  12 Calle Cruz, Old San Juan, PR 00901 | $3,800,000.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Owner of rental property in PR Doc #181 - 11/13/2013 - Order Granting Motion For Relief From Stay of Banco Popular de Puerto Rico- loan buyer looking in to potential carve-out for estate to sell PR real estate | | | | | |
| 8  101 Calle Sol, Old San Juan, PR 00901 | $1,600,000.00 | $0.00 | | $650,000.00 | FA |
| **Asset Notes:** Owner of rental property in PR  Negotiated carve-out with secured creditor PRPL.  Property A.  sale price $650,000. | | | | | |
| 9  208 Calle Sol, Old San Juan, PR 00901 | $1,100,000.00 | $81,300.00 | | $300,000.00 | FA |
| **Asset Notes:** Owner of rental property in PR  Negotiated carve-out with secured creditor PRPL.  Property B.  sale price $300,000. | | | | | |
| 10  152 Calle Sol, Old San Juan, PR 00901 | $535,000.00 | $60,000.00 | | $150,000.00 | FA |
| **Asset Notes:** Owner of rental property in PR  Negotiated carve-out with secured creditor PRPL.  Property C.  sale price $150,000. | | | | | |
| 11  102 Calle San Justo, 2nd Floor, Old San Juan, PR 00901 | $525,000.00 | $178,000.00 | | $192,500.00 | FA |
| **Asset Notes:** Owner of rental property in PR - debtor's principal claims homestead under PR law - sale approved - closing occurred in August. | | | | | |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No.: | 12-13742-ELF | Trustee Name: | Gary F. Seitz |
| Case Name: | ALCORN CORP. | Date Filed (f) or Converted (c): | 03/20/2013 (c) |
| For the Period Ending: | 9/21/2018 | §341(a) Meeting Date: | 04/25/2013 |
| | | Claims Bar Date: | 07/01/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 12  Cash on Hand | $0.00 | $0.00 | | $0.00 | FA |
| Asset Notes:   Used in chapter 11 | | | | | |
| 13  Checking, Savings, or Other Financial Accounts | $6,000.00 | $6,000.00 | | $0.00 | FA |
| Asset Notes:   Includes certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | | | | |
| 14  Household goods, furnishings, audio, video and computer equipment. | $395,000.00 | $100,000.00 | | $0.00 | FA |
| Asset Notes:   Includes Audio, Video, and Computer Equipment | | | | | |
| 15  Collections or Collectibles | $28,000.00 | $4,000.00 | | $0.00 | FA |
| Asset Notes:   Books, pictures, and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections and collectibles | | | | | |
| INT  Interest Earned                                  (u) | Unknown | Unknown | | $0.00 | FA |

| | | | | | **Gross Value of Remaining Assets** |
| TOTALS (Excluding unknown value) | $12,389,000.00 | $824,964.49 | | $1,315,073.80 | $0.00 |

**Major Activities affecting case closing:**

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 3    Exhibit 8

| Case No.: | 12-13742-ELF | Trustee Name: | Gary F. Seitz |
| Case Name: | ALCORN CORP. | Date Filed (f) or Converted (c): | 03/20/2013 (c) |
| For the Period Ending: | 9/21/2018 | §341(a) Meeting Date: | 04/25/2013 |
| | | Claims Bar Date: | 07/01/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

12/30/2017  Distribution underway.

3/28/2017  TFR under review.

12/30/2016  TFR under review by the OUST.

11/21/2016 TFR submitted to OUST

9/30/2016 Tax accountants working on final tax return - PR and PA needed.

6/28/16  Working toward a late July closing on sale approved by court

3/30/2016  Offer received for remaining parcel of rea estate - work on motion to approve.

12/30/2015  Attend closing on three parcels in Puerto Rico.  Work with realtor to get offers for remaining parcel.

9/30/2015  Move to remove squatters and work toward closing on court approved sale of three parcels.

6/30/2015  Working toward closing on sale order and marketing one parcel for sale.

3/30/15  Negotiations underway with three potential buyers for group of properties for sale in PR with relator and bank.

12/30/14  Realtor is marketing several properties for sale in Puerto Rico subject to carve-out with banks.  Recently reduced asking prices after getting bank approval.

9/30/14  Continue to market real estate for sale in PR with ct appointed realtor.  Working toward eviction of squatters.

6-30-14  Continue to market ppty for sale in PR with local agent.

3-30-2014  Retain relator in PR and market ppty for sale per carve out.

12-28-13  Researching and investigating claim of homestead by debtor's principal in one property not subject to liens; marketing unliened ppty for sale; continue to negotiate carve-out w/ US BaNk.

10-11-13  Despite negotiations, unable to come to appropriate carve out terms with  Banco Popular de Puerto Rico - continue to negotiate with US Bank.

7/12/13 Case converted from chapter 11; contiue to negotiate carve-outs with various secured creditors of rental property in Puerto Rico; enter porperty into assets tab; continue to investigate property that may be owned by debtor free and clear.

4/24/13  Asset case to administer one free and clear ppty and negotiate possible carve-outs with secured creditors; investiate possible operations; look for local realtor.

3/20/13 covnerted from 11.

| Initial Projected Date Of Final Report (TFR): | 06/30/2014 | Current Projected Date Of Final Report (TFR): | 11/30/2016 | /s/ GARY F. SEITZ |
|---|---|---|---|---|
| | | | | GARY F. SEITZ |

**FORM 2**

Page No: 1

Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 12-13742-ELF | Trustee Name: | Gary F. Seitz |
|---|---|---|---|
| Case Name: | ALCORN CORP. | Bank Name: | Rabobank, N.A. |
| Primary Taxpayer ID #: | **-***8353 | Checking Acct #: | ******5666 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Checking Account |
| For Period Beginning: | 4/17/2012 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 9/21/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/30/2013 | (1) | Maria Luque | Serial No.: 21074709216 rental payment | 1122-000 | $700.00 | | $700.00 |
| 05/07/2013 | (1) | Annette M. Martinez-Inesta | May rent apt. 2A | 1122-000 | $800.00 | | $1,500.00 |
| 05/07/2013 | (1) | Ryan R. Hemme | May rent 1960 Calle Italia Aprt 2F Ocean Park | 1122-000 | $874.50 | | $2,374.50 |
| 05/07/2013 | (1) | Ben & Jerry's Cafe Old San Juan | May 2013 rent | 1122-000 | $1,857.83 | | $4,232.33 |
| 05/07/2013 | (2) | First Niagra | Bank Account Proceeds | 1129-000 | $8.77 | | $4,241.10 |
| 05/07/2013 | (2) | First Niagra | Bank Account Proceeds | 1129-000 | $503.74 | | $4,744.84 |
| 05/07/2013 | (2) | First Niagra | Bank Account Proceeds | 1129-000 | $1,298.92 | | $6,043.76 |
| 05/13/2013 | (1) | Marija Kuzina | May rent for 12 Zruz Apt. 5 | 1122-000 | $680.00 | | $6,723.76 |
| 05/13/2013 | (1) | TD LAKE | 1960 CALLE ITALIA APT 2R    MAY RENT | 1122-000 | $916.00 | | $7,639.76 |
| 05/21/2013 | (1) | Aida Lopes/Maria Luque | Serial No. 20992840828 Rent 10 McArthur - Maria Luque | 1122-000 | $700.00 | | $8,339.76 |
| 05/22/2013 | (1) | Annette M. Martinez-Inesta | May rent apt. 2A | 1122-000 | ($800.00) | | $7,539.76 |
| 05/31/2013 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $10.00 | $7,529.76 |
| 06/04/2013 | (1) | Marija Kuzina | June 2013 rent Apt 5 Calle Convy 12 | 1122-000 | $680.00 | | $8,209.76 |
| 06/04/2013 | (1) | Ben & Jerry's Cafe Old San Juan | June 2013 rent 61 Calle Cisto | 1122-000 | $1,857.83 | | $10,067.59 |
| 06/07/2013 | (1) | Annette M. Martinez-Inesta | Replace May check for May rent apt. 2A | 1122-000 | $800.00 | | $10,867.59 |
| 06/07/2013 | (1) | Annette M. Martinez-Inesta | June 2013 rent apt. 2A | 1122-000 | $800.00 | | $11,667.59 |
| 06/20/2013 | | Pinnacle Bank | Transfer Funds | 9999-000 | | $11,667.59 | $0.00 |

| | | | | **SUBTOTALS** | $11,677.59 | $11,677.59 | |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 12-13742-ELF | Trustee Name: | Gary F. Seitz |
|---|---|---|---|
| Case Name: | ALCORN CORP. | Bank Name: | Rabobank, N.A. |
| Primary Taxpayer ID #: | **-***8353 | Checking Acct #: | ******5666 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Checking Account |
| For Period Beginning: | 4/17/2012 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 9/21/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  |  |  | **TOTALS:** | | $11,677.59 | $11,677.59 | $0.00 |
|  |  |  | Less: Bank transfers/CDs | | $0.00 | $11,667.59 | |
|  |  |  | **Subtotal** | | $11,677.59 | $10.00 | |
|  |  |  | Less: Payments to debtors | | $0.00 | $0.00 | |
|  |  |  | **Net** | | $11,677.59 | $10.00 | |

| For the period of 4/17/2012 to 9/21/2018 | | For the entire history of the account between 04/30/2013 to 9/21/2018 | |
|---|---|---|---|
| Total Compensable Receipts: | $11,677.59 | Total Compensable Receipts: | $11,677.59 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $11,677.59 | Total Comp/Non Comp Receipts: | $11,677.59 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $10.00 | Total Compensable Disbursements: | $10.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $10.00 | Total Comp/Non Comp Disbursements: | $10.00 |
| Total Internal/Transfer Disbursements: | $11,667.59 | Total Internal/Transfer Disbursements: | $11,667.59 |

# FORM 2
### CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 12-13742-ELF | Trustee Name: | Gary F. Seitz |
|---|---|---|---|
| Case Name: | ALCORN CORP. | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***8353 | Checking Acct #: | ******0033 |
| Co-Debtor Taxpayer ID #: |  | Account Title: | DDA |
| For Period Beginning: | 4/17/2012 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 9/21/2018 | Separate bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/20/2013 |  | Rabobank, N.A. | Transfer Funds | 9999-000 | $11,667.59 |  | $11,667.59 |
| 07/11/2013 | (1) | Ben & Jerry's Cafe | July Rent | 1122-000 | $1,857.63 |  | $13,525.22 |
| 07/22/2013 | (1) | Ryan Hemme | June Rent | 1122-000 | $776.50 |  | $14,301.72 |
| 07/22/2013 | (1) | Marja Kuzina | July rent | 1122-000 | $680.00 |  | $14,981.72 |
| 07/22/2013 | (1) | Ryan Hemme | July rent | 1122-000 | $804.45 |  | $15,786.17 |
| 07/22/2013 | (1) | Annette M Martinez-Inesta | July rent | 1122-000 | $800.00 |  | $16,586.17 |
| 08/02/2013 | (1) | MARIJA KUZINA | Proceeds from rentals | 1122-000 | $680.00 |  | $17,266.17 |
| 08/02/2013 | (1) | MARIA LUQUE MORET | Proceeds from rentals | 1122-000 | $700.00 |  | $17,966.17 |
| 08/02/2013 |  | Pinnacle Bank | Pinnacle Analysis | 2600-000 |  | $21.91 | $17,944.26 |
| 09/04/2013 |  | Pinnacle Bank | Pinnacle Analysis | 2600-000 |  | $28.67 | $17,915.59 |
| 09/20/2013 | (1) | MARIA LUQUE LLORET | Proceeds from rentals | 1122-000 | $700.00 |  | $18,615.59 |
| 09/20/2013 | (1) | BEN & JERRYS CAFE OLD SJ | Proceeds from rentals | 1122-000 | $1,857.63 |  | $20,473.22 |
| 10/02/2013 |  | Pinnacle Bank | Pinnacle Analysis | 2600-000 |  | $29.34 | $20,443.88 |
| 10/22/2013 | (1) | MARIJA KUZINA | Rents 12 Croz #5 | 1122-000 | $680.00 |  | $21,123.88 |
| 10/22/2013 | (1) | MARIJA KUZINA | Proceeds from rentals | 1122-000 | $680.00 |  | $21,803.88 |
| 11/04/2013 |  | Pinnacle Bank | Pinnacle Analysis | 2600-000 |  | $34.41 | $21,769.47 |
| 12/03/2013 |  | Pinnacle Bank | Pinnacle Analysis | 2600-000 |  | $34.01 | $21,735.46 |
| 12/23/2013 | (1) | MARIJA KUZINA | RENT 12 CRUZ APT 5 SJ PR | 1122-000 | $680.00 |  | $22,415.46 |
| 01/03/2014 |  | Pinnacle Bank | Pinnacle Analysis | 2600-000 |  | $35.37 | $22,380.09 |
| 02/04/2014 |  | Pinnacle Bank | Pinnacle Analysis | 2600-000 |  | $36.12 | $22,343.97 |
| 02/17/2014 | 5001 | INTERNATIONAL SURETIES, LTD | PA Ch 7 Blanket Bond 016026390 1/1/14 to 1/1/15 | 2300-000 |  | $43.02 | $22,300.95 |
| 03/04/2014 |  | Pinnacle Bank | Pinnacle Analysis | 2600-000 |  | $32.56 | $22,268.39 |
| 04/02/2014 |  | Pinnacle Bank | Pinnacle Analysis | 2600-000 |  | $35.95 | $22,232.44 |
| 05/02/2014 |  | Pinnacle Bank | Pinnacle Analysis | 2600-000 |  | $34.73 | $22,197.71 |
| 06/03/2014 |  | Pinnacle Bank | Pinnacle Analysis | 2600-000 |  | $35.83 | $22,161.88 |
| 07/02/2014 |  | Pinnacle Bank | Pinnacle Analysis | 2600-000 |  | $34.62 | $22,127.26 |
| 08/04/2014 |  | Pinnacle Bank | Pinnacle Analysis | 2600-000 |  | $35.71 | $22,091.55 |
| 09/03/2014 |  | Pinnacle Bank | Pinnacle Analysis | 2600-000 |  | $35.66 | $22,055.89 |
|  |  |  | **SUBTOTALS** |  | **$22,563.80** | **$507.91** |  |

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 12-13742-ELF | | Trustee Name: | Gary F. Seitz |
|---|---|---|---|---|
| Case Name: | ALCORN CORP. | | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***8353 | | Checking Acct #: | ******0033 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | DDA |
| For Period Beginning: | 4/17/2012 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 9/21/2018 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/02/2014 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $34.45 | $22,021.44 |
| 11/04/2014 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $35.54 | $21,985.90 |
| 12/02/2014 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $34.35 | $21,951.55 |
| 01/05/2015 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $35.43 | $21,916.12 |
| 02/03/2015 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $35.38 | $21,880.74 |
| 02/13/2015 | 5002 | INTERNATIONAL SURETIES, LTD | EDPA Bond # 016026390 TERM: 01/01/15 to 01/01/2016 | 2300-000 | | $12.32 | $21,868.42 |
| 03/03/2015 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $31.90 | $21,836.52 |
| 04/02/2015 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $35.25 | $21,801.27 |
| 05/04/2015 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $34.05 | $21,767.22 |
| 06/02/2015 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $35.14 | $21,732.08 |
| 07/02/2015 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $33.95 | $21,698.13 |
| 08/04/2015 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $35.02 | $21,663.11 |
| 09/02/2015 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $34.97 | $21,628.14 |
| 10/02/2015 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $33.78 | $21,594.36 |
| 11/03/2015 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $34.85 | $21,559.51 |
| 12/02/2015 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $33.68 | $21,525.83 |
| 12/08/2015 | 5003 | GELLERT SCALI BUSENKELL & BROWN LLC | Professional fee Court order dtd 12/7/2015 DI 223 | 3110-000 | | $13,995.00 | $7,530.83 |
| 01/04/2016 | | RG OSJ 1 LLC | Proceeds from the sale of real estate. | * | $53,425.00 | | $60,955.83 |
| | {8} | | See deed p. 14                         $650,000.00 | 1110-000 | | | $60,955.83 |
| | {9} | | See deed p. 14.                        $300,000.00 | 1110-000 | | | $60,955.83 |
| | {10} | | See deed p. 14.                        $150,000.00 | 1110-000 | | | $60,955.83 |
| | | | voluntary reduction                    $(68,640.00) | 3510-000 | | | $60,955.83 |
| | | | secured mortgages on real estate       $(977,935.00) | 4110-000 | | | $60,955.83 |
| 01/05/2016 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $23.55 | $60,932.28 |
| 02/02/2016 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $98.35 | $60,833.93 |
| 03/02/2016 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $91.80 | $60,742.13 |

| | | | | | **SUBTOTALS** | $53,425.00 | $14,738.76 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 12-13742-ELF | Trustee Name: | Gary F. Seitz |
|---|---|---|---|
| Case Name: | ALCORN CORP. | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***8353 | Checking Acct #: | ******0033 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 4/17/2012 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 9/21/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/08/2016 | 5004 | INTERNATIONAL SURETIES, LTD | Bond # 016026390 Term 1/1/16 to 1/1/17 EDPA Blanket | 2300-000 | | $35.70 | $60,706.43 |
| 04/04/2016 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $98.00 | $60,608.43 |
| 04/07/2016 | (11) | LPR Property Investment Inc. | Deposit 102 San Justo | 1110-000 | $19,250.00 | | $79,858.43 |
| 05/03/2016 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $114.73 | $79,743.70 |
| 06/02/2016 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $128.72 | $79,614.98 |
| 07/05/2016 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $124.36 | $79,490.62 |
| 08/02/2016 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $128.32 | $79,362.30 |
| 08/04/2016 | | Banco Popular fbo LPR Property Investments Inc. | Closing proceeds on real estate | * | $159,098.00 | | $238,460.30 |
| | {11} | | Closing proceeds on real estate total sale $173,250.00 $192,500 less deposit $19,250. | 1110-000 | | | $238,460.30 |
| | | | real estate commission $(12,012.00) | 3510-000 | | | $238,460.30 |
| | | | closing costs for settlement sheet $(2,140.00) | 2500-000 | | | $238,460.30 |
| 09/02/2016 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $351.75 | $238,108.55 |
| 10/04/2016 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $371.94 | $237,736.61 |
| 11/02/2016 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $383.76 | $237,352.85 |
| 11/16/2017 | 5005 | Clerk | Account Number: ; Claim #: ; Distribution Dividend: 100.00; Dividend: 0.12; Notes: 11/28/2016 DI 294 Certification of costs issued in the amount of $293.00 For adversary Complaint.; Amount Claimed: 293.00; Amount Allowed: 293.00; | 2700-000 | | $293.00 | $237,059.85 |
| 11/16/2017 | 5006 | BEDERSON LLP | Account Number: ; Claim #: ; Distribution Dividend: 100.00; Dividend: 0.00; Notes: Fee app epnding; Amount Claimed: 16.68; Amount Allowed: 16.68; | 3420-000 | | $16.68 | $237,043.17 |
| 11/16/2017 | 5007 | Gary F. Seitz | Trustee Compensation | 2100-000 | | $32,783.69 | $204,259.48 |
| 11/16/2017 | 5008 | Gary F. Seitz | Trustee Expenses | 2200-000 | | $147.42 | $204,112.06 |
| 11/16/2017 | 5009 | GELLERT SCALI BUSENKELL & BROWN LLC | Account Number: ; Claim #: ; Distribution Dividend: 100.00; Dividend: 1.67; Notes: Pending $3,964.84; Amount Claimed: 3,964.84; Amount Allowed: 3,964.84; | 3120-000 | | $3,964.84 | $200,147.22 |
| | | | SUBTOTALS | | $178,348.00 | $38,942.91 | |

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 12-13742-ELF | | Trustee Name: | Gary F. Seitz |
|---|---|---|---|---|
| Case Name: | ALCORN CORP. | | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***8353 | | Checking Acct #: | ******0033 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | DDA |
| For Period Beginning: | 4/17/2012 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 9/21/2018 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/16/2017 | 5010 | RAWLE & HENDERSON LLP c/o Gary Seitz | Account Number: ; Claim #: ; Distribution Dividend: 100.00; Dividend: 6.22; Notes: 04/19/2013 DI 161 Order Granting Application to Employ Rawle & Henderson Fee app pending.; Amount Claimed: 14,770.00; Amount Allowed: 14,770.00; | 3210-000 | | $14,770.00 | $185,377.22 |
| 11/16/2017 | 5011 | RAWLE & HENDERSON LLP c/o Gary Seitz | Account Number: ; Claim #: ; Distribution Dividend: 100.00; Dividend: 0.01; Notes: 04/19/2013 DI 161 Order Granting Application to Employ Rawle & Henderson; Amount Claimed: 37.02; Amount Allowed: 37.02; | 3220-000 | | $37.02 | $185,340.20 |
| 11/16/2017 | 5012 | BEDERSON LLP | Account Number: ; Claim #: ; Distribution Dividend: 100.00; Dividend: 5.63; Notes: Fee app pending.; Amount Claimed: 13,365.00; Amount Allowed: 13,365.00; | 3410-000 | | $13,365.00 | $171,975.20 |
| 11/16/2017 | 5013 | GELLERT SCALI BUSENKELL & BROWN LLC | Account Number: ; Claim #: ; Distribution Dividend: 100.00; Dividend: 4.24; Notes: Court order dtd 12/7/2015 DI 223: 13995.00 Pending $10,080.00; Amount Claimed: 24,075.00; Amount Allowed: 24,075.00; | 3110-000 | | $10,080.00 | $161,895.20 |
| 11/16/2017 | 5014 | Autoridad de Acueductos y Alcantarillados | Account Number: ; Claim #: 3; Distribution Dividend: 100.00; Dividend: 3.27; Notes:  Unpaid water and sewer charges  Calle Sol #101 - Entitled to 100% per carve out with PRPL see, Doc 184-1 Filed 01/31/14 Entered 01/31/14 18:22:21 Desc Exhibit A--Stipulat | 7100-000 | | $7,762.99 | $154,132.21 |
| 11/16/2017 | 5015 | United States Trustee | Account Number: ; Claim #: 4; Distribution Dividend: 100.00; Dividend: 0.41; Notes:  (4-1) Quarterly fees owed Account Reconciliation Field Office: 03 02 Philadelphia, PA  Case #:         132-12-13742 Debtor:      ALCORN CORP Opened:    04-17-12  Closed:      03-20-13   Billed | 2950-000 | | $975.00 | $153,157.21 |

|  |  |  | **SUBTOTALS** | | $0.00 | $46,990.01 | |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 12-13742-ELF | | | Trustee Name: | Gary F. Seitz |
|---|---|---|---|---|---|
| Case Name: | ALCORN CORP. | | | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***8353 | | | Checking Acct #: | ******0033 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | DDA |
| For Period Beginning: | 4/17/2012 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 9/21/2018 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/16/2017 | 5016 | PRLP 2011 Holdings, LLC | Account Number: ; Claim #: 9; Distribution Dividend: 1.79; Dividend: 19.67; Notes: Balance due after sale of collateral per carve-out: 01/31/2014  DI 183  Stipulation By GARY F SEITZ and Between the Chapter 7 Trustee and PRLP 2011 Holdings, LLC Cash Coll | 7400-000 | | $46,706.44 | $106,450.77 |
| 11/16/2017 | 5017 | Braverman Kaskey PC | Account Number: ; Claim #: 10; Distribution Dividend: 100.00; Dividend: 31.63; Notes: "Legal services in Chapter 11"  DI 02/05/2013   116 First Application for Compensation for JOHN E. KASKEY, Debtor's Attorney, Period: 5/1/2012 to 10/31/2012, Fee: $110, | 6210-000 | | $75,091.25 | $31,359.52 |
| 11/16/2017 | 5018 | Hamilton Forensics | Account Number: ; Claim #: 11; Distribution Dividend: 100.00; Dividend: 12.43; Notes: "Accounting services rendered during chapter 11"  no court order approving professional fees.  D.I. 88  Application to Employ Kip Hamilton as Accountant Filed by Alcorn | 6410-000 | | $29,506.25 | $1,853.27 |
| 11/16/2017 | 5019 | Ryan Russell Hemme | Account Number: ; Claim #: 12; Distribution Dividend: 100.00; Dividend: 0.78; Notes: No issue except tardy. But see, Doc 184-1 Filed 01/31/14 Entered 01/31/14 18:22:21 Desc Exhibit A--Stipulation Page 6 of 10 "Deficiency Claim. The Trustee and PRLP agree | 7200-000 | | $1,853.27 | $0.00 |
| 05/11/2018 | 5016 | STOP PAYMENT: PRLP 2011 Holdings, LLC | Stop Payment for Check# 5016 | 7400-004 | | ($46,706.44) | $46,706.44 |
| 05/11/2018 | 5019 | STOP PAYMENT: Ryan Russell Hemme | Stop Payment for Check# 5019 | 7200-004 | | ($1,853.27) | $48,559.71 |
| 05/11/2018 | 5020 | Clerk, US Bankruptcy Court | Unclaimed Funds | * | | $48,559.71 | $0.00 |
| | | | Claim Amount    $(46,706.44) | 7400-001 | | | $0.00 |
| | | | Claim Amount    $(1,853.27) | 7200-001 | | | $0.00 |

**SUBTOTALS**    $0.00    $153,157.21

**FORM 2**

Page No: 8      Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 12-13742-ELF | Trustee Name: | Gary F. Seitz |
|---|---|---|---|
| Case Name: | ALCORN CORP. | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***8353 | Checking Acct #: | ******0033 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 4/17/2012 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 9/21/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  |  | TOTALS: | $254,336.80 | $254,336.80 | $0.00 |
|---|---|---|---|---|---|
|  |  | Less: Bank transfers/CDs | $11,667.59 | $0.00 | |
|  |  | Subtotal | $242,669.21 | $254,336.80 | |
|  |  | Less: Payments to debtors | $0.00 | $0.00 | |
|  |  | Net | $242,669.21 | $254,336.80 | |

| For the period of 4/17/2012 to 9/21/2018 | | For the entire history of the account between 06/20/2013 to 9/21/2018 | |
|---|---|---|---|
| Total Compensable Receipts: | $1,303,396.21 | Total Compensable Receipts: | $1,303,396.21 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,303,396.21 | Total Comp/Non Comp Receipts: | $1,303,396.21 |
| Total Internal/Transfer Receipts: | $11,667.59 | Total Internal/Transfer Receipts: | $11,667.59 |
| | | | |
| Total Compensable Disbursements: | $1,315,063.80 | Total Compensable Disbursements: | $1,315,063.80 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,315,063.80 | Total Comp/Non Comp Disbursements: | $1,315,063.80 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 12-13742-ELF | Trustee Name: | Gary F. Seitz |
|---|---|---|---|
| Case Name: | ALCORN CORP. | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***8353 | Checking Acct #: | ******0033 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 4/17/2012 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 9/21/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $254,346.80 | $254,346.80 | $0.00 |

**For the period of 4/17/2012 to 9/21/2018**

| | |
|---|---|
| Total Compensable Receipts: | $1,315,073.80 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,315,073.80 |
| Total Internal/Transfer Receipts: | $11,667.59 |
| | |
| Total Compensable Disbursements: | $1,315,073.80 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,315,073.80 |
| Total Internal/Transfer Disbursements: | $11,667.59 |

**For the entire history of the case between 03/20/2013 to 9/21/2018**

| | |
|---|---|
| Total Compensable Receipts: | $1,315,073.80 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,315,073.80 |
| Total Internal/Transfer Receipts: | $11,667.59 |
| | |
| Total Compensable Disbursements: | $1,315,073.80 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,315,073.80 |
| Total Internal/Transfer Disbursements: | $11,667.59 |

/s/ GARY F. SEITZ

GARY F. SEITZ